(V. D. 57)

E. Leitz, Inc. *v.* United States

Entry Nos. 777252; 962546; 804924.

(Decided December 11, 1957)

*Eugene R. Pickrell* for the plaintiff.

·*George Cochran Doub*, Assistant Attorney General, for the defendant. ·

Wilson, Judge: This matter is presently before me on a remand from a classification proceeding decided by the first division of this court in *E. Leitz, Inc.* v. *United States*, 36 Cust. Ct. 391, Abstract 59812. The judgment entered therein stated: " * * * that the matters be remanded to a single judge in reappraisement pursuant to the provisions of Title 28 U. S. C. § 2636 (d)."

The matter has been submitted for decision upon an agreed statement of facts entered into by and between counsel for the respective parties hereto.

Upon the agreed facts, I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930 (19 U. S. C. § 1402 (d)), to be the proper basis for determining the values of the involved merchandise and that such values were as follows:

| Merchandise | United States dollars per each |
|---|---|
| 12 Polarizing Microscopes MOP, without front Collector and POEMP diaphragm and other parts | $454. 44 |
| 12 wooden containers to fit | 22. 96 |
| 5 Greenough Microscopes YEEUW | 160. 04 |
| 5 wooden containers to fit | 14. 40 |
| less 25 per centum discount for each item | |

I further find such values to be the dutiable values of said merchandise.

Insofar as the matter relates to all other merchandise, it is hereby dismissed.

Judgment will be entered accordingly.